IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY GUILLORY,<br><br>                                  Plaintiff,<br><br>         v.<br><br>TSHERING BHUTIA, et al.,<br><br>                                  Defendants. | 2:21-cv-0462 WBS AC P<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR<br><br>Judge:        The Honorable Allison Claire<br>Trial Date:   None Set<br>Action Filed: March 15, 2021 |

   On September 29, 2023, Defendants T. Flores and T. Bhutia filed a motion to opt out of Post-Screening Early ADR.  ECF No. 29.  After reviewing the motion, filed concurrently with the declaration of counsel in support thereof, the Court finds good cause to grant the request.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Defendants' motion to opt out (ECF No. 29) is GRANTED;

   2.   The stay of this action is LIFTED, and

////

////

////

1

3. Defendants shall have thirty days from the date of this order to file a responsive pleading.

Dated: September 29, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order on Defs.' Mot. to Opt Out of Post-Screening Early ADR  (2:21-cv-0462 WBS AC P)