UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GUILLORY, | No. 2:21-cv-0462 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| TSHERING BHUTIA, et al., | |
| Defendants. | |

On December 11, 2023, defendant filed a motion to revoke plaintiff's in forma pauperis status based upon his release from prison. ECF No. 34. Plaintiff has not opposed the motion, filed a non-prisoner application to proceed in forma pauperis, or otherwise responded to the motion. Plaintiff will be provided one more opportunity to respond to the motion. If plaintiff believes he is still entitled to proceed in forma pauperis, he may submit a non-prisoner application to proceed in forma pauperis on the form provided instead of an opposition to the motion. Failure to respond to the motion or file an in forma pauperis application will be deemed a waiver of any opposition and may result in a recommendation that the motion be granted or that this action be dismissed for failure to prosecute.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within twenty-one days after the service of this order, plaintiff shall file and serve an opposition to the motion to revoke his in forma pauperis, a statement of non-opposition, or a non-

1

prisoner application to proceed in forma pauperis.

2. Failure to comply with this order will be deemed a waiver of any opposition and may result in a recommendation that the motion to revoke plaintiff's in forma pauperis status be granted or that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of the Court is directed to send plaintiff a new non-prisoner Application to Proceed In Forma Pauperis.

DATED: January 19, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2