IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GUILLORY,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BHUTIA, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-0462 WBS AC P<br><br>[PROPOSED] ORDER |

　　On May 13, 2024, Defendants filed an *ex parte* motion for administrative relief for leave to exceed the page limitation for their motion for summary judgment. Upon due consideration and good cause appearing, the Court GRANTS Defendants' *ex parte* motion (ECF No. 38). Defendants' motion for summary judgment shall not exceed 30 pages, excluding tables and exhibits.

　　**IT IS SO ORDERED.**

DATED: May 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE