UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREEMAN GUILLORY, | No. 2:21-cv-0462 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| TSHERING BHUTIA, et al., | |
| Defendants. | |

On December 11, 2023, defendant filed a motion to revoke plaintiff's in forma pauperis status (ECF No. 34), followed by a motion for summary judgment on May 24, 2024 (ECF No. 40). Plaintiff has not opposed either motion.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve oppositions or statements of non-opposition to the motions. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 24, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE