IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GUILLORY ,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**BHUTIA, et al. ,**<br><br>                                    Defendants. | Case No. 2:21-cv-0462 WBS AC P<br><br>~~[PROPOSED]~~ ORDER |

Defendants have moved for an extension of time to reply to Plaintiff's opposition to Defendants' motion for summary judgment.  Good cause appearing, Defendants' motion (ECF No. 45) is **GRANTED**.  Defendants shall file a reply on or before August 28, 2024.

   **IT IS SO ORDERED.**

DATED: July 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1