UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREEMAN GUILLORY,<br>Plaintiff,<br>v.<br>TSHERING BHUTIA, et al.,<br>Defendants. | No. 2:21-cv-0462 WBS AC P<br><br><u>ORDER</u> |

Plaintiff, a former prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 48. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 48) are adopted in full;
2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 34) is

denied as moot;

3. Defendants' motion for summary judgment (ECF No. 40) is granted in part and denied in part as follows:

a. Granted as to plaintiff's Eighth Amendment deliberate indifference claims against defendants Flores and Bhutia; and

b. Denied as to plaintiff's Fourteenth Amendment due process claim against defendant Bhutia;

4. This case proceeds on the Fourteenth Amendment due process claim against defendant Bhutia; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Dated: April 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE