IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GUILLORY,** | Case No. 2:21-cv-00462-WBS-AC |
| Plaintiff, | [**PROPOSED**] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO VACATE THE EXPERT DISCOVERY AND PRE-TRIAL DEADLINES AND SET A STATUS CONFERENCE** |
| v. | |
| **BHUTIA, et al.,** | |
| Defendants. | |

Defendant T. Bhutia moved to vacate the expert disclosure, discovery cutoff, pre-trial statement, and pre-trial conference deadlines and requested a status conference before the deadlines passed. Having read and considered Defendant's administrative motion and the declaration of Defendant's counsel supporting the motion, and good cause appearing, Defendant's motion is **GRANTED**. The expert disclosure, discovery cutoff, pre-trial statement, and pre-trial conference deadlines are vacated. The Court will issue a further order setting a status conference to discuss the case schedule moving forward.

Dated: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1