UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREEMAN GUILLORY,<br><br>Plaintiff,<br><br>v.<br><br>TSHERING BHUTIA, et al.,<br><br>Defendants. | No. 2:21-cv-0462 WBS AC P<br><br><br><br>ORDER |

     Plaintiff is a former state prisoner proceeding without an attorney in this action. After the court granted in part and denied in part defendants' motion for summary judgment, the court issued a further scheduling order and a minute order setting the case for a settlement conference for August 29, 2025, at 10:00AM before Magistrate Judge Sean C. Riordan. ECF Nos. 50, 51. The settlement conference was scheduled to take place via Zoom. ECF No. 50.

     On August 29, 2025, plaintiff failed to appear for the scheduled settlement conference. ECF No. 54. At that time, defense counsel informed the court that they had not had any contact with plaintiff prior to the settlement conference. Id.

     On September 15, 2025, defendant Bhutia moved to vacate the scheduling order and requested a status conference to discuss the schedule in light of plaintiff's failure to participate in the August 29, 2025, settlement conference, and defense counsel's inability to contact plaintiff. ECF No. 55. The court granted the motion, set a Zoom status conference for October 29, 2025, at

10:00AM before the undersigned, and instructed the parties to contact the undersigned's courtroom deputy by phone or email one day prior to the scheduled hearing to receive the Zoom information.  ECF Nos. 56-58.

On October 29, 2025, the matter was called for a status conference.  Defense counsel appeared; plaintiff did not.  The court inquired whether plaintiff checked in and/or had contacted the courtroom deputy before the hearing, as he was instructed to do.  The courtroom deputy confirmed he had not received any phone or email communication from plaintiff.  The court noted that the record would reflect plaintiff's failure to appear and that the court would take appropriate action in light of what appears to be plaintiff's abandonment of the case.

Plaintiff is now ordered to show cause why this lawsuit should not be dismissed for failure to prosecute and comply with this court's orders.  Plaintiff is warned that failure to respond to this order, coupled with prior failures to appear and comply with court orders, will be considered abandonment of this case and will result in a recommendation for dismissal.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within twenty-one days, why his failure to appear for the settlement conference and status conference hearings and to comply with this court's order to contact the undersigned's courtroom deputy should not result in a recommendation that this case be dismissed for failure to prosecute.  If plaintiff fails to respond to this order, the undersigned will recommend this lawsuit be dismissed for failure to prosecute and to comply with court orders.

DATED: October 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE